**BARSHAY SANDERS, PLLC**
100 Garden City Plaza, Suite 500
Garden City, NY 11530
Tel: (516) 203-7600
Our File No: 116181
*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| Andrew Chung, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>-against-<br><br>Nationwide Credit, Inc.,<br><br>Defendant. | Docket No: 2:18-cv-06904-JS-AYS |



**NOTICE OF VOLUNTARY DISMISSAL**
**PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the plaintiff and/or plaintiff's counsel, hereby give notice that whereas no party is an infant or incompetent the above-captioned action is voluntarily dismissed with prejudice.

Dated: January 30, 2019

                                            **BARSHAY SANDERS, PLLC**

                                            By:    /s *Craig B. Sanders*
                                            Craig B. Sanders
                                            100 Garden City Plaza, Suite 500
                                            Garden City, New York 11530
                                            Tel. (516) 203-7600
                                            Email: *ConsumerRights@BarshaySanders.com*
                                            Our File No: 116181
                                            *Attorneys for Plaintiff*